UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:21-cv-14388-KMM

LENIR RICHARDSON,

    Plaintiff,
v.

THE INTERNAL REVENUE SERVICE,

    Defendant.
                                           /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff Lenir Richardson's ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs, ("Mot.") (ECF No. 3), which the Court construes as a motion to proceed *in forma pauperis*. The Court referred the above-captioned case to the Honorable Shaniek M. Maynard, United States Magistrate Judge, to "take all necessary and proper action as required by law regarding all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters." (ECF No. 5). Magistrate Judge Maynard issued a Report and Recommendation, recommending that Plaintiff's request to proceed *in forma pauperis* be denied without prejudice, and that Plaintiff's Complaint be dismissed with leave to amend. *See generally* ("R&R") (ECF No. 6). No objections were filed and the time to do so has passed. The matter is now ripe for review.

As set forth below, the Court ADOPTS Magistrate Judge Maynard's R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the R&R, Magistrate Judge Maynard first finds that Plaintiff's application to proceed *in forma pauperis* is incomplete. R&R at 4. Specifically, Magistrate Judge Maynard

notes that, although Plaintiff's Application lists her gross wages or pay and her monthly expenses, it fails to identify the *source* of her gross wages or pay, or *how often* she receives that income. *Id.* Thus, Magistrate Judge Maynard finds that Plaintiff's Application cannot be properly assessed at this time, and recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) be denied without prejudice to permit Plaintiff to correct the deficiencies identified.

Second, upon screening the Complaint pursuant to 28 U.S.C. § 1915(e)(2), Magistrate Judge Maynard finds that Plaintiff's Complaint fails to state a cognizable claim for relief against the Internal Revenue Service ("IRS"). R&R at 4–6. On this point, Magistrate Judge Maynard first observes that the IRS is not a proper defendant in this case because Congress has not expressly authorized suit against the IRS. *Id.* at 4 (citing *Deleeuw v. Internal Revenue Service*, 681 F. Supp. 402, 403–04 (E.D. Mich. 1987)). Magistrate Judge Maynard next notes that the Complaint (1) consists of "largely disjointed allegations that are hard to follow" and which are not set out in chronological order, (2) is otherwise missing dates and detail, and (3) offers conclusory allegations of harm against Plaintiff by the IRS and others who are not named as defendants. *Id.* at 5. Thus, Magistrate Judge Maynard notes that the Complaint fails to satisfy minimum pleading requirements under Federal Rules of Civil Procedure 8 and 10. *Id.* And, last, Magistrate Judge Maynard observes that the two statutes cited in the Complaint—42 U.S.C. § 1983 and 26 U.S.C. § 4963—do not provide the grounds for relief Plaintiff seeks in the Complaint.[1] Thus, Magistrate Judge Maynard recommends that the Complaint be dismissed without prejudice pursuant to 28

---

[1] Specifically, Magistrate Judge Maynard notes that (1) Plaintiff does not allege that the IRS—a federal agency—is a state actor, as required by 42 U.S.C. § 1983, and (2) 26 U.S.C. § 4963 sets forth definitions that apply in the abatement of first and second tier taxes in certain cases, and does not create a private cause of action. R&R at 6.

U.S.C. § 1915(e)(2)(B), and that Plaintiff be afforded thirty (30) days from the date of this Order to amend her Complaint. *Id.* at 6–7.

The Court agrees with Magistrate Judge Maynard's findings.

Accordingly, UPON CONSIDERATION of the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge Shaniek M. Maynard, (ECF No. 6), is hereby ADOPTED. It is further ORDERED that Plaintiff Lenir Richardson's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) is DENIED WITHOUT PREJUDICE. It is further ORDERED that Plaintiff Lenir Richardson's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT. Plaintiff is hereby afforded leave to file an amended complaint within thirty (30) days of this Order. Upon the filing of an amended complaint, Plaintiff may move to reopen this case. If Plaintiff does not file an amended complaint, this case shall remain closed.

DONE AND ORDERED in Chambers at Miami, Florida, this  28th  day of January, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:  Lenir Richardson
    734 N.W. Bristol Street
    Port St. Lucie, FL 34983
    PRO SE

3